IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



THOMAS CANNELL,  )
                                  )
    Plaintiff,        )
v.                             )    Civil Action No. 3:19CV803–HEH
                                  )
THE STATE OF COLORADO, *et al.*, )
                                  )
    Defendants.     )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on November 25, 2019, the Court conditionally docketed Plaintiff's action. On December 5, 2019, United States Postal Service returned the November 25, 2019 Memorandum Order to the Court marked, "RELEASED." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                            /s/
                                        HENRY E. HUDSON

Date: Dec. 30, 2019          SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia